UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2016 OCT 12

UNITED STATES OF AMERICA

v.

CASE NO. 8:16-cr-431-T-36TGW

8 U.S.C. § 1326(a)

PEDRO PADILLA-GUTIERREZ
  a/k/a "Benjamin Chabarria-Padilla"

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about September 26, 2016, in Hillsborough County, in the Middle District of Florida, the defendant herein,

PEDRO PADILLA-GUTIERREZ,
a/k/a "Benjamin Chabarria-Padilla"

being an alien in the United States, who was deported and removed from the United States on or about July 7, 2010, September 27, 2012, and October 16, 2012, and who had not received the consent of the Secretary of Homeland

Security to reapply for admission, was found to be voluntarily in the United States.

In violation of 8 U.S.C. § 1326(a).

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: _____
Lisa M. Thelwell
Assistant United States Attorney

By: _____
Stacie B. Harris
Assistant United States Attorney
Chief, Major Crimes Section

2

FORM OBD-34
APR 1991

No. _____

UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

Pedro Padilla-Gutierrez
a/k/a "Benjamin Chabarria-Padilla"

INDICTMENT

Violations:

8 U.S.C. § 1326(a)

A true bill,

_____
Foreperson

Filed in open court this 12th day

of October 2016.

_____ Clerk

Bail $_____

GPO 863 525

L:\\_Cases\Criminal Cases\P\Padilla-Gutierrez, Pedro\_2016RPEND\_LYT\f\_indictment back.docx